| | |
|---|---|
| 1 | ERIC S. BEANE (State Bar No. 186029)  JS-6 |
| 2 | eric.beane@dlapiper.com  **DLA PIPER LLP (US)** |
| 3 | 1999 Avenue of the Stars, Suite 400  Los Angeles, California 90067-6023 |
| 4 | Telephone: (310) 595-3000  Facsimile: (310) 595-3300 |
| 5 | Attorneys for Defendant  CARNIVAL CORPORATION |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HECTOR PATINO, an individual, | CASE NO. CV07-08016 R (JTLx) |
| Plaintiff, | **JUDGMENT**  JS-6 |
| v. | [Filed concurrently with Notice of Motion and Motion for Summary Judgment or, Alternatively, Partial Summary Judgment; Memorandum of Points and Authorities; [Proposed] Statement of Uncontroverted Facts and Conclusions of Law; and Declaration of Eric S. Beane] |
| CARNIVAL CORPORATION dba CARNIVAL CRUISE LINES; CARNIVAL CRUISE LINES; and DOES 1 through 50, Inclusive, | |
| Defendants. | |
| | Date: October 20, 2008  Time: 10:00 a.m.  Courtroom: 8  Judge: Hon. Manuel L. Real |
| | Action Filed: Nov. 2, 2007  Trial Date: Dec. 9, 2008  Discovery Cut-Off: Oct. 27, 2008  Motion Cut-Off: None |

WEST\21562205.1

**[PROPOSED] JUDGMENT**

1  Pursuant to the Court's Order of October 20, 2008, granting Defendant
2  Carnival Corporation's ("Carnival") Motion for Summary Judgment as to each
3  Cause of Action in the First Amended Complaint of Plaintiff Hector Patino
4  ("Plaintiff"),
5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
6      1.    Judgment is entered in favor of Carnival as to all claims alleged in
7  Plaintiff's First Amended Complaint;
8      2.    Plaintiff's First Amended Complaint is dismissed with prejudice;
9      3.    Carnival as the prevailing party is awarded its costs pursuant to
10 Federal Rules of Civil Procedure 54(d) and Local Rules 54-2.2 and 54-4; and
11     4.    Carnival is entitled to recover its attorneys' fees under California
12 Government Code section 12965(b), as established by motion.

Dated:  November 3, 2008

The Honorable Manuel Real
United States District Court Judge

Submitted by:

ERIC S. BEANE (State Bar No. 186029)
eric.beane@dlapiper.com
**DLA PIPER LLP (US)**
1999 Avenue of the Stars, Suite 400
Los Angeles, California  90067-6023
Telephone:  (310) 595-3000
Facsimile:  (310) 595-3300

Eric S. Beane
Attorneys for Defendant
CARNIVAL CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA Piper LLP (US)
Los Angeles

WEST\21562205.1
313071-000002

2
DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT/ CASE NO.  CV07-08016 R (JTLX)